No. 86–495. K MART CORP. *v.* CARTIER, INC., ET AL.;
No. 86–624. 47TH STREET PHOTO, INC. *v.* COALITION TO PRESERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL.; and
No. 86–625. UNITED STATES ET AL. *v.* COALITION TO PRESERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL. C. A. D. C. Cir. [Certiorari granted, 479 U. S. 1005.] Motion of the Solicitor General for divided argument granted.

No. 86–781. KANSAS GAS & ELECTRIC CO. *v.* STATE CORPORATION COMMISSION OF KANSAS ET AL.; and
No. 86–793. KANSAS CITY POWER & LIGHT CO. *v.* STATE CORPORATION COMMISSION OF KANSAS ET AL. Sup. Ct. Kan. [Probable jurisdiction noted, 479 U. S. 1082.] Motion of appellants to dispense with printing the joint appendix granted. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 86–877. UNITED STATES *v.* OWENS. C. A. 9th Cir. [Certiorari granted, 479 U. S. 1084.] Motion for appointment of counsel granted, and it is ordered that Allan Ides, Esquire, of Los Angeles, Cal., be appointed to serve as counsel for respondent in this case.

No. 86–964. THOMPSON *v.* THOMPSON, AKA CLAY. C. A. 9th Cir. [Certiorari granted, 479 U. S. 1063.] Motion of Sacramento County, California, et al. for leave to file a brief as *amici curiae* granted.

No. 86–1102. MANUFACTURERS ASSOCIATION OF TRI-COUNTY ET AL. *v.* KNEPPER ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 86–6169. THOMPSON *v.* OKLAHOMA. Ct. Crim. App. Okla. [Certiorari granted, 479 U. S. 1084.] Motion for appointment of counsel granted, and it is ordered that Harry F. Tepker, Jr., Esquire, of Norman, Okla., be appointed to serve as counsel for petitioner in this case.